UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 2:06CR00508-GGH

Judy Ann Gibson

ORDER TO PAY

SOCIAL SECURITY #: 508 57 8978
DATE OF BIRTH: Aug 7-1979
DRIVER'S LICENSE #: B5499672
ADDRESS: 4162 Danbury St
Beale AFB 95903
CITY    STATE    ZIP CODE

FILED
MAR - 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: May 5-2007         _____ Gibson
                          DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(X) Fine: $ 500.00   and a penalty assessment of $ 25.00   for a TOTAL AMOUNT OF: $ 525.00   within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the 4/30/07 of each month until paid in full. Defendant to pay $100.00 today & balance by the above date
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                              CLERK, USDC                  CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)    1130 O STREET, RM 5000       501 "I" STREET
POST OFFICE BOX 740026            FRESNO, CA 93721             SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 3/5/2007         _____
                        U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                                                    EDCA—3