```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JUDY GIBSON
 6

 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  UNITED STATES OF AMERICA,       ) Cr.S. 06-0508-GGH
                                    )
15                Plaintiff,        ) STIPULATION AND ORDER
                                    )
16       v.                         ) Date:  May 25, 2007
                                    ) Time:  9:00 a.m.
17  JUDY GIBSON,                    ) Judge: Gregory G. Hollows
                                    )
18                Defendant.        )
                                    )
19  _____    )

20

21

22       The United States of America, through MATTHEW C. STEGMAN,

23  Assistant United States Attorney, together with defendant, JUDY GIBSON,

24  by and through her counsel TARA I. ALLEN of the Federal Defenders

25  Office, stipulate that the control date set for April 30, 2007 be

26  continued to May 25, 2007.  This request is made to allow Ms. Gibson

27  additional time to pay the balance of her fine in the amount of $425.00

28  which includes the $25.00 special assessment fee.  Ms. Gibson will pay
```

1 | a portion of her fine this week and will pay the balance by May 25,
2 | 2007.

4 | Dated: May 1, 2007
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Tara I. Allen
                                        _____
                                        TARA I. ALLEN
                                        Staff Attorney
                                        Attorney for Defendant
                                        JUDY GIBSON

Dated:  May 1, 2007                     MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Matthew Stegman
                                        _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the control date will now be set for May 25, 2007.

IT IS SO ORDERED.

Dated:5/10/07                           /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Court

gibson.ord

Stipulation and Order re:  Tamika Tate                    2